74 A.3d 116

James D. SCHNELLER, Appellant

v.

Thomas CORBETT, Governor of the Commonwealth of Pennsylvania; Kathleen G. Kane, Attorney General of the Commonwealth of Pennsylvania; Carol Aichele, Pennsylvania Secretary of the Commonwealth, Appellees.

Supreme Court of Pennsylvania.

July 16, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of July, 2013, the Order of the Commonwealth Court is hereby **AFFIRMED.**